# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ludington, Thomas L. | U.S. District Court MI (Eastern) | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
1000 Washington Ave
Bay City, MI
48708

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | R. M. Gerstacker Foundation |
| 2. | Trustee | Albion College |
| 3. | President & Director | ▓▓▓▓ Family Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Michigan Judges Retirement Services | $38,807.00 |
| 2. 2018 | Michigan County Employees Pension Fund | $6,296.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chemical Bank & Trust checking & savings | A | Interest | K | T | | | | | |
| 2. Dow Chemical Employees Credit Union | A | Interest | K | T | | | | | |
| 3. TD Ameritrade Money Market | A | Interest | J | T | | | | | |
| 4. Merrill Lynch Money Market | A | Interest | L | T | | | | | |
| 5. -Amgen stock | A | Dividend | J | T | | | | | |
| 6. -Laboratory CP American Hldg | | None | J | T | | | | | |
| 7. -Blackrock Global Stock Fund | A | Dividend | M | T | | | | | |
| 8. | D | Distribution | M | T | | | | | |
| 9. -IBM stock | B | Dividend | K | T | | | | | |
| 10. -Quest Diagnostics stock | A | Dividend | K | T | | | | | |
| 11. Interest Income Fund 401K | D | Int./Div. | N | T | | | | | |
| 12. Vanguard Convertible See 401K | C | Int./Div. | K | T | | | | | |
| 13. Am Cent US Real Estate 401K | | None | K | T | | | | | |
| 14. Fidelity Contrafund Pool Cl 2 401K | | None | L | T | | | | | |
| 15. SSga Stable Value-State of Michigan 457 Plan | | None | K | T | | | | | |
| 16. PIMCO Total Return-State of Michigan 457 | | None | J | T | | | | | |
| 17. Dodge & Cox Stock State of Michigan 457 Plan | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SSga Stable Value State of Michigan 401K Plan | | None | M | T | | | | | |
| 19. SSgaCash Series Treasury State of MI 401K | | None | J | T | | | | | |
| 20. PIMCO Total Return State of MI 401K | | None | L | T | | | | | |
| 21. Dodge & Cox Stock-St of MI 401K | | None | L | T | | | | | |
| 22. Ridge Worth Funds-St of MI 401K | | None | K | T | | | | | |
| 23. American Funds Europacific Gr-St of MI 401K | B | Dividend | K | T | | | | | |
| 24. Artisan Mid Cap-St of MI 401K | | None | K | T | | | | | |
| 25. TRP Is Mid Cap 401K | D | Int./Div. | L | T | | | | | |
| 26. Vanguard Dev Mkt IndexIP 401K | B | Int./Div. | L | T | | | | | |
| 27. MTL Insurance Co (ordinary) Life Policy | | None | K | T | | | | | |
| 28. Trust Mark (ordinary) Life Policy | | None | L | T | | | | | |
| 29. Indianapolis (ordinary) Life Policy | | None | K | T | | | | | |
| 30. Apple Inc stock | A | Dividend | K | T | | | | | |
| 31. Hennessy Gas Utilities Index Fund | A | Dividend | | | Buy (add'l) | 04/10/18 | J | | |
| 32. | | None | | | Sold | 08/15/18 | K | D | |
| 33. Fidelity Select Portfolio Fund | A | Dividend | K | T | Buy (add'l) | 08/15/18 | J | | |
| 34. | A | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dollar Tree Stores Inc stock | | None | | | Sold | 08/15/18 | J | D | |
| 36. Ross Stores, Inc stock | A | Dividend | K | T | | | | | |
| 37. Shire PLC | A | Dividend | | | Sold | 12/20/18 | K | | |
| 38. Johnson & Johnson stock | A | Dividend | K | T | Buy (add'l) | 08/15/18 | J | | |
| 39. Taiwan Semiconductor stock | A | Dividend | K | T | | | | | |
| 40. MFS Intl New Discovery A Fund | A | Dividend | K | T | | | | | |
| 41. | B | Distribution | K | T | | | | | |
| 42. T Price Media & Tele Fund | A | Dividend | L | T | | | | | |
| 43. | A | Distribution | L | T | | | | | |
| 44. National Health Investors stock | A | Dividend | | | Sold | 04/10/18 | J | A | |
| 45. EQT Midstream Partners stock | A | Dividend | J | T | | | | | |
| 46. C & S Realty Fund | A | Dividend | | | Sold | 08/15/18 | J | A | |
| 47. | A | Distribution | | | | | | | |
| 48. Magellan Midstream Partners stock | A | Dividend | J | T | | | | | |
| 49. Spectra Energy Partners stock | A | Dividend | | | Sold | 04/10/18 | J | | |
| 50. Auto Zone stock | | None | J | T | | | | | |
| 51. Invesco Pharma ETF | A | Dividend | | | Sold | 08/15/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  SPDR Utilities ETF | A | Dividend | K | T | Buy (add'l) | 04/10/18 | J | | |
| 53. | | None | K | T | Buy (add'l) | 08/15/18 | J | | |
| 54.  Invesco QQQ ETF | A | Dividend | K | T | | | | | |
| 55.  Home Depot stock | A | Dividend | K | T | Sold (part) | 08/15/18 | J | A | |
| 56.  Plains All American Pipeline stock | A | Dividend | J | T | | | | | |
| 57.  Old Dominion Freight Line stock | A | Dividend | K | T | | | | | |
| 58.  PowerShares S&P Small Cap Util Portfolio | A | Dividend | K | T | Buy (add'l) | 04/10/18 | J | | |
| 59. | | None | K | T | Buy (add'l) | 08/15/18 | J | | |
| 60.  Oakmark Intl I Fund | | None | | | Buy (add'l) | 04/10/18 | J | | |
| 61. | | None | | | Sold | 08/15/18 | K | | |
| 62.  American Century Intl Opportunity Fund | A | Dividend | K | T | | | | | |
| 63. | B | Distribution | K | T | | | | | |
| 64.  Extra Space Storage stock | A | Dividend | J | T | | | | | |
| 65.  T Rowe Price New Horizons Fund (X) | | | | | | | | | |
| 66.  Wasatch Int Growth Fund | A | Dividend | K | T | | | | | |
| 67. | C | Distribution | K | T | | | | | |
| 68.  Fidelity Cycl Indust Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | B | Distribution | K | T | | | | | |
| 70. Anheuser Busch stock | | None | | | Sold | 04/10/18 | K | | |
| 71. Matthews Pacific Tiger Fund | A | Dividend | K | T | Buy (add'l) | 04/10/18 | J | | |
| 72. | A | Distribution | K | T | | | | | |
| 73. Camden Property Trust stock | A | Dividend | | | Sold | 04/10/18 | J | B | |
| 74. AER Cap Holdings stock | | None | K | T | | | | | |
| 75. EPR Properties stock | A | Dividend | | | Sold | 04/10/18 | J | | |
| 76. SPDR S&P Hi Yield Div ETF | A | Dividend | | | Sold | 08/15/18 | K | C | |
| 77. Vanguard S&P 500 ETF | A | Dividend | L | T | Buy (add'l) | 08/15/18 | K | | |
| 78. Invesco Property & Casualty Ins ETF | A | Dividend | K | T | Buy (add'l) | 08/15/18 | J | | |
| 79. RMB Financial Services Fund | A | Dividend | K | T | | | | | |
| 80. | A | Distribution | K | T | | | | | |
| 81. Invesco Sm Cap Health ETF | A | Dividend | K | T | Sold (part) | 04/10/18 | J | A | |
| 82. Sherwin Williams Co stock | A | Dividend | K | T | | | | | |
| 83. Snap-On Inc stock | A | Dividend | K | T | | | | | |
| 84. FMI International Fund | B | Dividend | K | T | Buy (add'l) | 04/10/18 | J | | |
| 85. | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Spc Health Fund | A | Dividend | K | T | Buy (add'l) | 08/15/18 | J | | |
| 87. | A | Distribution | K | T | | | | | |
| 88. NVR Inc stock | | None | | | Sold | 12/20/18 | K | | |
| 89. Carillon Eagle Mid Cap Fund | B | Dividend | | | Sold | 08/15/18 | K | C | |
| 90. FedEx Corp stock | A | Dividend | K | T | | | | | |
| 91. Magna Intl stock | A | Dividend | K | T | | | | | |
| 92. Prologis stock | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 93. Avalon Bay Communities stock | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 94. Thrivent Mid Cap stock | A | Dividend | L | T | Buy | 08/15/18 | L | | |
| 95. AMG TimesSquare Intl SmCap Fund | A | Dividend | K | T | Buy | 08/15/18 | K | | |
| 96. Vanguard Consumer Dis ETF | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 97. American Tower Corp stock | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 98. Universal Health Services stock | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 99. Burien, WA Bond 12/1/2020 | A | Interest | K | T | | | | | |
| 100. Lehman Bond Escrow 01/18/12 | A | Dividend | K | T | | | | | |
| 101. Connecticut State Bond 12/1/2020 | A | Interest | K | T | | | | | |
| 102. Gastonia, NC Bond 4/1/2020 | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Griffith, IN Bond 7/5/2020 | A | Interest | J | T | | | | | |
| 104. Hempstead, NY Bond 7/15/2020 | A | Interest | K | T | | | | | |
| 105. New York, NY Bond 11/1/2020 | A | Interest | K | T | | | | | |
| 106. Newark, NJ Bond 4/1/2020 | B | Interest | K | T | | | | | |
| 107. AmMuni Pwr Bond 2/15/18 | A | Interest | | | Matured | 02/15/18 | J | | |
| 108. New Rochelle, NY Bond 3/15/18 | A | Interest | | | Matured | 03/15/18 | K | A | |
| 109. Baidu Inc Bond 8/6/18 | A | Interest | | | Matured | 08/06/18 | J | | |
| 110. Northgate, PA Bond 8/15/18 | | None | | | Matured | 08/15/18 | J | B | |
| 111. Randolph Co, NC Bond 6/1/18 | A | Interest | | | Matured | 06/01/18 | J | A | |
| 112. Oregon State Bond 1/1/19 | A | Interest | J | T | | | | | |
| 113. El Paso Co, CO Bond 12/1/18 | C | Interest | | | Matured | 12/01/18 | L | | |
| 114. Maine St Bond 11/15/18 | A | Interest | | | Matured | 11/15/18 | J | | |
| 115. Goldman Sachs CD 12/10/19 | A | Interest | K | T | | | | | |
| 116. State Bank of India CD 10/17/19 | A | Interest | K | T | | | | | |
| 117. Decatur, GA Bond 05/01/19 | A | Interest | J | T | | | | | |
| 118. Massachusetts St Bond 12/15/18 | A | Interest | | | Matured | 12/15/18 | J | | |
| 119. State Bank of India CD 12/18/18 | A | Interest | | | Matured | 12/18/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Rockdale Co, GA Bond 7/1/19 | A | Interest | K | T | | | | | |
| 121. Salmon River, NY Bond 6/15/20 | A | Interest | K | T | | | | | |
| 122. U of OK Bond 7/1/19 | A | Interest | J | T | | | | | |
| 123. UNC Chapel Hill Bond 8/1/19 | | None | J | T | | | | | |
| 124. Tucson, AZ Bond 1/1/19 | A | Interest | J | T | | | | | |
| 125. Alabama St Bond 9/1/19 | A | Interest | J | T | | | | | |
| 126. Cook Co, IL Bond 12/1/24 callable 12/1/19 | A | Interest | J | T | | | | | |
| 127. Florida St Bond 7/1/21 | A | Interest | J | T | | | | | |
| 128. HSBC Bond 4/5/21 | A | Interest | J | T | | | | | |
| 129. Jackson, MS Bond 5/1/21 | A | Interest | J | T | | | | | |
| 130. Kane McHenry, IL Bond 12/1/21 | | None | J | T | | | | | |
| 131. Kentucky St Bond 4/1/19 | A | Interest | J | T | | | | | |
| 132. Los Angeles, Co CA Bond 09/1/21 | A | Interest | J | T | | | | | |
| 133. Los Angeles, CA Bond 11/1/21 | A | Interest | J | T | | | | | |
| 134. Michigan Hsg Auth Bond 10/1/21 | A | Interest | J | T | | | | | |
| 135. MTA of NY Bond 11/15/21 | A | Interest | J | T | | | | | |
| 136. Nashville, Co TN Bond 7/1/21 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. New Hampshire Bond 9/1/21 | A | Interest | J | T | | | | | |
| 138. Oakland, CA Bond 12/15/21 | | None | J | T | | | | | |
| 139. Pennsylvania St Bond 7/15/21, callable 7/15/20 | A | Interest | J | T | | | | | |
| 140. San Mateo, CA Bond 8/1/21 | A | Interest | J | T | | | | | |
| 141. American Express CD 09/06/22 | | None | K | T | | | | | |
| 142. Connecticut St Bond 11/1/20 | A | Interest | J | T | | | | | |
| 143. Fullerton, CA Bond 09/01/20 | A | Interest | J | T | | | | | |
| 144. Georgia St Bond 01/01/21 | A | Interest | J | T | | | | | |
| 145. Iowa Student, IA Bond 12/1/22 | B | Interest | K | T | | | | | |
| 146. Iowa Student, IA Bond 12/1/22 (X) | | None | | | | | | | |
| 147. Metro, NY Transit Bond 11/15/22 | A | Interest | K | T | | | | | |
| 148. New York, NY Bond 11/1/21 | A | Interest | J | T | | | | | |
| 149. Oneida Co, NY Bond 08/1/22 | A | Interest | J | T | | | | | |
| 150. Palm Beach, FL Bond 11/1/22 | A | Interest | J | T | | | | | |
| 151. Passaic Co NJ Bond 4/1/21 | A | Interest | J | T | | | | | |
| 152. Pembroke Pines, FL Bond 10/1/22 | A | Interest | L | T | | | | | |
| 153. Purdue University Bond 7/1/31, Pre-refunded 7/1/19 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Hisperia, CA Bond 2/1/23 | A | Interest | J | T | Buy | 03/29/18 | J | | |
| 155.  Silver City, NM Bond 12/1/22 | A | Interest | J | T | Buy | 03/29/18 | K | | |
| 156.  Elkhart, IN Sch Dist Bond 7/20/23 | A | Interest | J | T | Buy | 08/21/18 | J | | |
| 157.  Merrill Lynch Trust (FBO #1) | A | Interest | K | T | | | | | |
| 158.  -MFS Intl New Disc A Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 159. | A | Distribution | J | T | | | | | |
| 160.  -T Price Media & Tele Fund (FBO#1) | A | Dividend | K | T | | | | | |
| 161. | A | Distribution | K | T | | | | | |
| 162.  -Alerian Infrastructure Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 163.  -Magellan Midstream Partners (FBO#1) | A | Dividend | J | T | | | | | |
| 164.  -SPDR Utilites ETF (FBO#1) | A | Dividend | J | T | | | | | |
| 165.  -Avalon Bay Comm Inc (FBO#1) | A | Dividend | J | T | | | | | |
| 166.  MI Ed Savgs Plan Moderate Age-Based 18 FBO #2No Control | | None | K | T | Distributed (part) | 01/16/18 | K | | |
| 167. | | None | K | T | Distributed (part) | 10/08/18 | K | | |
| 168.  MI Ed Savings Plan 100% Equity Opt (FBO#2)No control | | None | J | T | Distributed (part) | 01/16/18 | J | | |
| 169. | | None | J | T | Distributed (part) | 10/08/18 | J | | |
| 170.  -Georgia State Bond 10/1/2020(FBO#1) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Connecticut State Bond 11/1/2020(FBO#1) | A | Interest | J | T | | | | | |
| 172.  -New Rochelle, NY Bond 3/15/18 (FBO #1) | A | Interest | | | Matured | 03/15/18 | J | | |
| 173.  -El Paso Co, CO Bond 12/1/18 (FBO #1) | A | Interest | | | Matured | 12/01/18 | K | | |
| 174.  -Kansas St Bond 7/1/19 (FBO #1) | A | Interest | J | T | | | | | |
| 175.  -Pennsylvania St Bond 06/1/19 (FBO #1) | A | Interest | J | T | | | | | |
| 176.  -UNC Chapel Hill Bond 8/1/19 (FBO #1) | | None | J | T | | | | | |
| 177.  -Washington St Bond 7/1/19 (FBO #1) | A | Interest | J | T | | | | | |
| 178.  -Alamo, TX Bond 2/1/21 (FBO #1) | A | Interest | K | T | | | | | |
| 179.  -Kern Co, CA Bond 8/15/21 (FBO #1) | | None | J | T | | | | | |
| 180.  -Oregon St Bond 6/30/21 (FBO #1) | | None | J | T | | | | | |
| 181.  -Cass Co, MO Bond 05/1/20 (FBO #1) | A | Interest | K | T | | | | | |
| 182.  -American Century Intl Opp Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 183. | A | Distribution | J | T | | | | | |
| 184.  -Matthews Pacific Tiger Fund (FBO#1) | A | Dividend | J | T | Buy (add'l) | 07/02/18 | J | | |
| 185. | A | Distribution | J | T | | | | | |
| 186.  -AER Cap Holdings (FBO#1) | | None | J | T | | | | | |
| 187.  -Invesco Pharma ETF (FBO #1) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Ross Stores Inc (FBO #1) | A | Dividend | J | T | Sold (part) | 06/29/18 | J | B | |
| 189. -Shire PLC (FBO#1) | A | Dividend | J | T | | | | | |
| 190. -Taiwan Semiconductor (FBO#1) | A | Dividend | J | T | | | | | |
| 191. -Fidelity Slct Portfolio Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 192. | A | Distribution | J | T | | | | | |
| 193. -Oakmark Intl I Fund (FBO #1) | A | Dividend | J | T | Buy (add'l) | 07/02/18 | J | | |
| 194. | A | Distribution | J | T | | | | | |
| 195. -T Rowe Price New Horizons Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 196. | B | Distribution | J | T | | | | | |
| 197. -Wasatch Intl Growth Fund (FBO #1) | A | Dividend | J | T | Buy (add'l) | 07/02/18 | J | | |
| 198. | A | Distribution | J | T | | | | | |
| 199. -Apple Inc (FBO #1) | A | Dividend | J | T | | | | | |
| 200. -Fidelity Cycl Indust Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 201. | A | Distribution | J | T | | | | | |
| 202. -Anheuser Busch (FBO #1) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 203. -Vanguard S&P 500 ETF (FBO #1) | A | Dividend | J | T | | | | | |
| 204. -Invesco Ppty & Cas Ins ETF (FBO #1) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Invesco Sm Cap Health ETF (FBO #1) | A | Dividend | J | T | | | | | |
| 206.  -Sherwin Williams Co stock (FBO #1) | A | Dividend | J | T | | | | | |
| 207.  -Vanguard REIT Index ETF (FBO #1) | A | Dividend | J | T | | | | | |
| 208.  -Invesco S&P Small Cap Util ETF (FBO #1) | A | Dividend | J | T | | | | | |
| 209.  -Vanguard Cons Discretionary ETF (FBO #1) | A | Dividend | | | Sold | 06/29/18 | J | A | |
| 210.  -FedEx Corp (FBO #1) | A | Dividend | J | T | | | | | |
| 211.  -Invesco QQQ Trust ETF (FBO #1) | A | Dividend | J | T | Buy | 10/04/18 | J | | |
| 212.  -iShares Floating Bond ETF (FBO #1) | A | Dividend | J | T | Buy | 08/14/18 | J | | |
| 213.  Chemical Bank Savings (FBO#2) | | None | J | T | | | | | |
| 214.  TD Ameritrade Trust (FBO #2) | A | Interest | J | T | | | | | |
| 215.  Chemical Bank Trust (FBO #2) | | None | N | T | Open | 12/19/18 | N | | |
| 216.  -Ross Stores Inc (FBO#2) | A | Dividend | J | T | | | | | |
| 217.  -MFS Intl New Disc A Fund (FBO#2) | A | Dividend | J | T | Buy (add'l) | 04/05/18 | J | | |
| 218. | A | Distribution | J | T | | | | | |
| 219.  -T Price Media & Tele Fund (FBO#2) | A | Dividend | J | T | Buy (add'l) | 08/13/18 | J | | |
| 220. | A | Distribution | J | T | | | | | |
| 221.  -AER Cap Holdings(FBO#2) | | None | J | T | Buy (add'l) | 04/05/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Alerian Infrastructure Fund (FBO#2) | A | Dividend | J | T | | | | | |
| 223. -C & S Realty Fund (FBO#2) | A | Dividend | | | Buy (add'l) | 04/05/18 | J | | |
| 224. | A | Distribution | | | Sold | 08/13/18 | J | | |
| 225. -Dollar Tree Stores (FBO #2) | | None | | | Sold | 08/13/18 | J | C | |
| 226. -Invesco Pharma ETF (FBO #2) | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 227. -Invesco QQQ ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 228. -Oakmark Intl 1 Fund (FBO #2) | A | Dividend | | | Buy (add'l) | 04/05/18 | J | | |
| 229. | A | Distribution | | | Sold | 08/13/18 | J | | |
| 230. -American Century Intl Opp Fund (FBO #2) | A | Dividend | J | T | Buy (add'l) | 04/05/18 | J | | |
| 231. | A | Distribution | J | T | | | | | |
| 232. -Wasatch Intl Growth Fund (FBO #2) | A | Distribution | J | T | Sold (part) | 04/13/18 | J | A | |
| 233. | | None | J | T | | | | | |
| 234. -Apple Inc (FBO #2) | A | Dividend | J | T | | | | | |
| 235. -Anheuser Busch (FBO #2) | A | Dividend | | | Sold | 04/05/18 | J | A | |
| 236. -Vanguard S&P 500 ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 237. -PowerShares Ppty & Cas Ins ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 238. -PowerShares Sm Cap Health ETF (FBO #2) | | None | J | T | Sold (part) | 08/13/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Fidelity Cycl Indust Fund (FBO #2) | A | Dividend | J | T | Buy (add'l) | 08/13/18 | J | | |
| 240. | A | Distribution | J | T | | | | | |
| 241. -Sherwin Williams Co stock (FBO #2) | A | Dividend | J | T | Buy (add'l) | 08/13/18 | J | | |
| 242. -PowerShares S&P Small Cap ETF (FBO #2) | A | Dividend | J | T | Buy (add'l) | 08/13/18 | J | | |
| 243. -SPDR Utilities ETF (FBO #2) | A | Dividend | J | T | Buy (add'l) | 08/13/18 | J | | |
| 244. -FMI International (FBO #2) | A | Dividend | J | T | | | | | |
| 245. | A | Distribution | J | T | | | | | |
| 246. -Taiwan Semiconductor (FBO #2) | A | Dividend | J | T | Buy (add'l) | 08/13/18 | J | | |
| 247. -FedEx Corp (FBO #2) | A | Dividend | J | T | Buy (add'l) | 08/13/18 | J | | |
| 248. -Magna Intl stock (FBO #2) | A | Dividend | J | T | Buy (add'l) | 04/05/18 | J | | |
| 249. -Carillon Eagle Mid Cap Growth Fund (FBO #2) | A | Distribution | J | T | Buy (add'l) | 04/05/18 | J | | |
| 250. | A | Dividend | J | T | | | | | |
| 251. -Fidelity Select Port Fund (FBO #2) | A | Distribution | J | T | | | | | |
| 252. | A | Dividend | J | T | | | | | |
| 253. -RMB Financial Services Fund (FBO #2) | A | Distribution | J | T | | | | | |
| 254. | A | Dividend | J | T | | | | | |
| 255. -iShares Core S&P Small Cap ETF (FBO #2) | A | Dividend | J | T | Buy | 04/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Vanguard Health Care Investors Fund (FBO #2) | A | Dividend | J | T | Buy | 08/13/18 | J | | |
| 257. | A | Distribution | J | T | | | | | |
| 258. -Vanguard Consumer Dis ETF (FBO #2) | A | Dividend | J | T | Buy | 08/13/18 | J | | |
| 259. -AMG TimesSquare Intl Small Cap Fund (FBO #2) | A | Dividend | J | T | Buy | 08/13/18 | J | | |
| 260. -New Jersey Bond 3/1/18 (FBO #2) | A | Interest | | | Matured | 03/01/18 | J | A | |
| 261. -Kentucky State Bond 1/1/2020 (FBO #2) | A | Interest | J | T | | | | | |
| 262. -Gooding Co, ID Bond 9/15/19 (FBO #2) | A | Interest | J | T | | | | | |
| 263. -Harrisburg, PA Bond 04/1/18 (FBO #2) | | None | | | Matured | 04/01/18 | J | | |
| 264. -Morgantown, WV Bond 12/1/19 (FBO #2) | A | Interest | J | T | | | | | |
| 265. -New York, NY Bond 3/1/19 (FBO #2) | A | Interest | J | T | | | | | |
| 266. -Memphis, TN Bond 11/1/21 (FBO #2) | A | Interest | J | T | | | | | |
| 267. -Dallas, TX Bond 2/15/20 (FBO #2) | A | Interest | J | T | | | | | |
| 268. -Washington, PA Bond 9/1/21 (FBO #2) | A | Interest | K | T | | | | | |
| 269. -Atlanta, GABond 01/01/22 (FBO #2) | A | Interest | J | T | | | | | |
| 270. -Colorado HSG Bond 05/01/23 (FBO #2) | A | Interest | J | T | | | | | |
| 271. -Maine Muni Bond 09/01/21 (FBO #2) | A | Interest | J | T | | | | | |
| 272. -Oakland, CA Bond 12/15/22 (FBO #2) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Missouri St Bond 10/01/20 (FBO #2) | A | Interest | J | T | | | | | |
| 274. -S Carolina St Bond 12/01/22 (FBO #2) | A | Interest | J | T | | | | | |
| 275. -Elkhart IN Comty Schools Bond 7/20/23 (FBO #2) | | None | J | T | Buy | 08/21/18 | J | | |
| 276. Chemical Bank ▮▮▮▮ Cust AGY (H) | B | Interest | M | T | | | | | |
| 277. -Apple Inc | B | Dividend | L | T | Sold (part) | 04/09/18 | K | E | |
| 278. | | None | L | T | Sold (part) | 06/27/18 | K | E | |
| 279. | | None | L | T | Sold (part) | 08/30/18 | K | E | |
| 280. -Bristol-Myers Squibb Co | A | Dividend | J | T | | | | | |
| 281. -Celgene Corp Com | | None | J | T | Sold (part) | 06/27/18 | J | D | |
| 282. -Conocophillips | A | Dividend | J | T | | | | | |
| 283. -Energizer Hldgs Inc | A | Dividend | J | T | | | | | |
| 284. -Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 285. -Intel Corp | A | Dividend | K | T | | | | | |
| 286. -Lowes | A | Dividend | J | T | | | | | |
| 287. -Schlumberger Ltd | A | Dividend | | | Sold | 12/20/18 | J | | |
| 288. -Boeing Co | A | Dividend | K | T | Sold (part) | 04/09/18 | J | B | |
| 289. -Walgreens Boots Alliance | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -Aflac, Inc | A | Dividend | J | T | | | | | |
| 291. -Aetna US Healthcare Inc | A | Dividend | J | T | | | | | |
| 292. -CVS stock (Y) | | None | | | Buy | 11/28/18 | J | | |
| 293. | | None | | | Sold | 12/13/18 | J | | |
| 294. -Boston Properties Inc | A | Dividend | J | T | | | | | |
| 295. -Clorox Co | A | Dividend | J | T | | | | | |
| 296. -Invesco QQQ Trust | A | Dividend | L | T | Sold (part) | 04/09/18 | J | B | |
| 297. -Johnson & Johnson | A | Dividend | K | T | | | | | |
| 298. -Microsoft Corp | B | Dividend | M | T | Sold (part) | 06/27/18 | J | D | |
| 299. -Nextera Energy Inc | A | Dividend | K | T | | | | | |
| 300. -Oppenheimer Intl Growth Fund | A | Dividend | L | T | Sold (part) | 04/09/18 | J | C | |
| 301. -PG & E Corp | A | Dividend | | | Sold | 06/27/18 | J | A | |
| 302. -Pepsi Co | A | Dividend | K | T | | | | | |
| 303. -Phillips 66 | A | Dividend | K | T | | | | | |
| 304. -Prudential Financial | A | Dividend | K | T | | | | | |
| 305. -SPDR Gold Shares ETF | | None | K | T | Buy (add'l) | 01/03/18 | K | | |
| 306. -Deere & Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Disney | A | Dividend | K | T | | | | | |
| 308. -Fastenal Co Com | A | Dividend | J | T | | | | | |
| 309. -Principal Mid Cap Blend Fund | A | Dividend | K | T | | | | | |
| 310. | C | Distribution | K | T | | | | | |
| 311. -Union Pac Corp | A | Dividend | K | T | | | | | |
| 312. -T Rowe Price New Horizons Fund | B | Dividend | K | T | | | | | |
| 313. | D | Distribution | J | T | | | | | |
| 314. -Kroger Co | A | Dividend | | | Sold | 06/27/18 | J | A | |
| 315. -Vanguard Inst Index Fund | B | Dividend | L | T | Sold (part) | 08/30/18 | J | B | |
| 316. | A | Distribution | L | T | | | | | |
| 317. -JP Morgan Chase stock | A | Dividend | K | T | | | | | |
| 318. -Vanguard Strategic Small Cap Fund | A | Dividend | J | T | | | | | |
| 319. | A | Distribution | | | | | | | |
| 320. -Amazon Inc stock | | None | K | T | | | | | |
| 321. -Oakmark Intl Investor Fund | B | Distribution | | | Buy | 01/02/18 | K | | |
| 322. | B | Dividend | | | Sold | 12/20/18 | K | | |
| 323. -McDonalds stock | A | Dividend | J | T | Buy | 06/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. -AbbVie Inc stock | A | Dividend | J | T | Buy | 06/27/18 | J | | |
| 325. -KLA-Tencor Corp stock | A | Dividend | J | T | Buy | 06/27/18 | J | | |
| 326. -Exelon Corp stock | A | Dividend | J | T | Buy | 06/27/18 | J | | |
| 327. -Vanguard Financials ETF | A | Dividend | J | T | Buy | 06/27/18 | J | | |
| 328. South Carolina St Public Util Bond 12/1/23 | A | Interest | K | T | Buy | 08/21/18 | K | | |
| 329. Chemical Bank ▉▉▉▉ Trust AGY (H) | C | Interest | N | T | | | | | |
| 330. -Clark Cnty Nev Arpt Bond 7/1/20 | B | Interest | K | T | | | | | |
| 331. -Fenton, MI Bond 5/1/2022 | A | Interest | K | T | | | | | |
| 332. -Fidelity Inter Muni Inc Fund #036 | A | Dividend | K | T | | | | | |
| 333. -Fidelity MI Muni Inc Fund #081 | A | Dividend | K | T | | | | | |
| 334. -Illinois ST Agm Bond 1/1/21 | B | Interest | K | T | | | | | |
| 335. -Manistique,MI Bond 5/1/2020 | A | Interest | K | T | | | | | |
| 336. -Bangor Mich Public Bond School 5/1/19 | A | Interest | K | T | | | | | |
| 337. -Green Oak Twp Mich Bond 11/1/19 | A | Interest | L | T | | | | | |
| 338. -Green Oak Twp Mich Bond 11/1/21 | A | Interest | K | T | | | | | |
| 339. -Rapid River Mich Public Schools Bond 5/1/2020 | A | Interest | K | T | | | | | |
| 340. -Waterford Mich School Dist Bond 5/1/19 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  -Waterford Mich School Dist Bond 5/1/2022 | A | Interest | K | T | | | | | |
| 342.  -White Cloud Mich Public Schools Bond 5/1/18 | A | Interest | | | Matured | 05/01/18 | K | | |
| 343.  -White Cloud Mich Public Schools Bond 5/1/2020 | A | Interest | K | T | | | | | |
| 344.  -Ypsilanti Mich Cmnty Utilities Bond 4/1/18 | A | Interest | | | Matured | 04/01/18 | L | | |
| 345.  -Houghton-Portage MI Bond 5/1/23 | A | Interest | K | T | | | | | |
| 346.  -Wyoming, MI Bond 5/1/20 | A | Interest | K | T | | | | | |
| 347.  -Petosky, MI Bond 4/1/23 | A | Interest | K | T | Buy | 01/23/18 | K | | |
| 348.  -Lansing, MI Board Water Bond 7/1/20 | A | Interest | K | T | Buy | 02/14/18 | K | | |
| 349.  -Saginaw Valley MI Bond 7/1/19 | A | Interest | K | T | Buy | 02/14/18 | K | | |
| 350.  -Niles, MI Community Schools Bond 5/1/22 | A | Interest | K | T | Buy | 04/04/18 | K | | |
| 351.  -Grand Blanc, MI Community Bond 11/1/21 | A | Interest | K | T | Buy | 04/24/18 | K | | |
| 352.  -Western MI Univ Bond 11/15/19 | A | Interest | K | T | Buy | 08/22/18 | K | | |
| 353.  -Southwest, TX Higher Ed Auth Bond 10/1/23 | A | Interest | J | T | Buy | 04/04/18 | J | | |
| 354.  -Oregon St Bd of Edu Bond 6/30/22 | | None | J | T | Buy | 08/16/18 | J | | |
| 355.  Lawrence Co, PA Bond 11/15/23 | A | Interest | J | T | Buy | 08/16/18 | J | | |
| 356.  Southern Methodist Uni Bond 10/1/23 | A | Interest | J | T | Buy | 08/22/18 | J | | |
| 357.  Chemical Bank Savings | A | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Fidelity Bene IRA - Government Cash Reserves | | None | J | T | Open | 12/12/18 | J | | |
| 359. Fidelity Bene Roth IRA - Government Cash Reserves | | None | J | T | Open | 12/12/18 | J | | |
| 360. Fidelity IRA #1 | | None | J | T | Open | 12/12/18 | J | | |
| 361. Fidelity Roth IRA #1 - Government Cash Reserves | | None | J | T | Open | 12/12/18 | J | | |
| 362. Fidelity IRA #2 | | None | J | T | Open | 12/27/18 | J | | |
| 363. Fidelity IRA Roth #2 | | None | J | T | Open | 12/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ludington, Thomas L. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Deleted all assets from 2017 report that had been sold or matured.
2. Lehman Brothers Bond Escrow (Line 100) is still held. Some principle has been returned, with the possibility of future repayment of principle.
3. Personal identifing info has been removed from descriptions of assests in lines 11-18.
4. Securities with the name "Powershares"in the title changed to Invesco.
5. CVS (Line 292) Received .8378 shares on 11/28/18 for each share held of Aetna common stock.
6. Lines 145 & 146, consolidated into one listing.
7. Lines 65 & 312, consolidated into one listing.
8. Lines  358 - 363.  TDAM Money Market (Line 3) was the consolidated money market listing for TDAM accounts. Transferring to new custodian (Fidelity), listed each cash/money market holding to meet reporting guidelines.
9. TD Ameritrade Money Market and assets transferring to Chemical Bank Trust Lines 215 - 275.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Thomas L. Ludington**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544